## 46858.   RICHARDSON v. THE STATE.

QUILLIAN, Judge. The appellant was tried and convicted for the offense of burglary. He then appealed to this court. *Held:*

1. The appellant contends that the trial judge expressed an opinion to the jury as to what a witness had testified.

However, no objection to the court's remarks was made during the course of the trial. *Frost v. State,* 92 Ga. App. 614 (2) (89 SE2d 524); *Pulliam v. State,* 196 Ga. 782 (6) (28 SE2d 139).

2. The evidence was sufficient to support the verdict.

*Judgment affirmed. Hall, P. J., and Pannell, J., concur.*

SUBMITTED JANUARY 10, 1972—DECIDED FEBRUARY 10, 1972.

*Johnson & Beckham, William P. Johnson,* for appellant.